# UNITED STATES DISTRICT COURT

for the

California District of Los Angeles

Superior Civil Division

FILED
CLERK, U.S. DISTRICT COURT
OCT 2 5 2021
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY

Justin M. Zapata

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-v-**

TV Show AlterEgo of Fox Network

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

Case No. SACV21-1778-JGB(E)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non-Prisoner Complaint)

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Secction

I.

A. P The Plaintiff(s) Justin M. Zapata D.O.B 8/20/86
SS# Last 4; 3120 Birth Place: Woonsocket, RI 02895

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Justin M. Zapata |
| Address | 550 North Flower st |
| | Santa Ana (City) C.A (State) 90043 (Zip Code) |
| County | USA |
| Telephone Number | 323-403 9740 (offline) |
| E-Mail Address | GladiatorFightingSchool@gmail.com |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Alter Ego TV |
| Job or Title *(if known)* | TV Show of FOX Network |
| Address | unknown |
| | unKnown (City) C.A N.Y (State) unKnown (Zip Code) |
| County | USA |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 2

| | |
|---|---|
| Name | FOX Network |
| Job or Title *(if known)* | unKnown |
| Address | unKnown |
| | L.A. (City) CA. (State) Unknown (Zip Code) |
| County | |
| Telephone Number | |
| E-Mail Address *(if known)* | |

☐ Individual capacity ☑ Official capacity

Defendant No. 3

Name ________

Job or Title *(if known)* ________

Address ________

________ City ________ State ________ Zip Code

County ________

Telephone Number ________

E-Mail Address *(if known)* ________

☐ Individual capacity ☐ Official capacity

Defendant No. 4

Name ________

Job or Title *(if known)* ________

Address ________

________ City ________ State ________ Zip Code

County ________

Telephone Number ________

E-Mail Address *(if known)* ________

☐ Individual capacity ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Defamtion, (e.g., slander, libel) etc... Emotional Distress (PI/PD/ND) Negligent Infliction of Emotional Distress, Intentional Infliction Emotional Distress by geust singers. You have the first Amendant by the to harm one's Characteristic, Under; 1) Individual From 2) Charater. Which is Defamtion of Charater.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

B. What date and approximate time did the events giving rise to your claim(s) occur?

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

D. section

Under Section 1983,, I the Plaintiff(s) Justin M. Zapata is suing for Defamation of Character, which caused Extreme Emotional Distress, & Intentional Infliction Emotional Distress by contestants of the TV show of Alter Ego by singing I have Aids. An that the TV Show is Negligent Infliction of Emotional Distress for allowing the contestants on the first show, to sing very wrongly of myself Character. Which has leading to Extreme Emotional Distress, Under (e.g., slander, Deframing, etc.,, under-line Extreme Characteristic, revealing a quality specific or identifying to an individual. "Which is me, the Plaintiff; Justin M. Zapata." In front of Million of viewing people on the TV Show's first, Airing: on Sept 26, 2021

Making it Extremly hard for me to cope & walk down the street or live as a normall life. Do to the fact of the TV Show was Air to Millions maybe billion on TV.

Secotion III Statement of Claim

A. Where did the events giving rise to your claim(s) occur?
"Live on TV Show AlterEgo on FOX Networks TV."

B. What date and approximate time did the events giving rise to your claim(s) occur?
"Around Sept 26, 2021 at 9 pm Western time."
It was the first showing of AlterEgo thats all I Know. An their is viewing on the Web of the first show so I do believe & can be added as proof.

C. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone esle involved? Who else saw what happened?)
I am the talk of the masses. People all laugh & talk bad about me. Millions & Millions of People will point & laugh at me while I walk down the street or go in public. They have caused Extreme Emotional Distress to me that can not be undone. Their fore they destoryied my life & good name. No one will want to be with or anything to do with me. This is why I am suing.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. I am in Mental Health for Depression. I take 10mg of Zepixa morning & night. I feel like my life is over & had toughts of hurting myself. Which with meds it is helping, & soon to go to a state hospital for a while to fix my problems, so I can copt with the Extreme Emotional Distress they have Done to me.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Base of the claims I have made of Detamation, (e.g., Slander, Deframing of Charater, etc... By the Show's contestants have done to me & the Show did nothing to stop them on the first show, of the Airing of Alter Ego of Fox Network TV. I am asking for 100 million a contestant that Aired on the show, "Alter Ego." There are Several Contestants meaning more than one. Theirfore 500 million for a life time of Extreme Emotional Distress. Which was Intentional & Negligent Infliction of Extreme Emotional Distress by the Contestants & the host of the Show to allow this type of Slander to take place on a TV Show which is Damaging to one's self Characteristic for life. I the Plaintiff(s) ask for 500 million to 5 billion USD or in Euro's for this did air over Sea's. This TV Show Alter Ego took place worldwide. Theirfore 500 million to 5 billion USD or Euro is what I am asking non-taxable. 500 million to 5 billion USD or Euro; Non-Taxable.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10/18/2021

Signature of Plaintiff: Justin Zapata

Printed Name of Plaintiff: Justin M. Zapata

### B. For Attorneys

Date of signing: ____________

Signature of Attorney: ____________

Printed Name of Attorney: ____________

Bar Number: ____________

Name of Law Firm: ____________

Address: ____________

*City* ____________ *State* ____________ *Zip Code* ____________

Telephone Number: ____________

E-mail Address: ____________

Justin M. Zapata
Booking #3198390
550 N. Flower st.
Santa Ana CA
92703
Legal mail
ORANGE COUNTY JAIL
INMATE CORRESPONDENCE
RECEIVED
CLERK, U.S. DISTRICT COURT
OCT 25 2021
CENTRAL DISTRICT OF CALIFORNIA
BY
DEPUTY
Legal mail
FOREVER
USA
Barn Swallow
United States District Court
Central District of California
Office of the Clerk
255 East Temple Street, Room 180
Los Angeles, California 90012
90012$3334 C032

DR# 3496 LEGAL
Legal Mail
© USPS 2016
THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT
FSC
MIX
Envelope
FSC® C137131